Case 2:08-cv-02650-JAM-EFB   Document 6   Filed 01/05/09   Page 1 of 4

UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212)805-0136



**FILED**

JAN 0 5 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

J. Michael McMahon
Clerk

ED OF CALIFORNIA

Date: 12/22/08

In Re:  Fosamax

MDL    1789

Your Docket #          S.D. OF N.Y.

2:08-2650              08-11158


Dear Sir:

    Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge   KOELTL    for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

    Please return the copy of this letter when transmitting YOUR FILE and a CERTIFIED COPY OF THE DOCKET SHEET.

Sincerely,
J.Michael McMahon


By:
MDL Unit
(212) 805-0646

US CIV 11158

KEENAN

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A CERTIFIED TRUE COPY
ATTEST
By Dana Stewart on Dec 22, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dec 04, 2008

FILED
CLERK'S OFFICE

12/08/08
SDNY
FLD

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION    MDL No. 1789

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-63)

On August 16, 2006, the Panel transferred four civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 444 F.Supp.2d 1347 (J.P.M.L. 2006). Since that time, 144 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable John F. Keenan.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Keenan.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of August 16, 2006, and, with the consent of that court, assigned to the Honorable John F. Keenan.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 22, 2008

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK
BY _____ DEPUTY CLERK

IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION                MDL No. 1789

## SCHEDULE CTO-63 - TAG-ALONG ACTIONS

### DIST. DIV. C.A. #                CASE CAPTION

**CALIFORNIA EASTERN**
 CAE  2  08-2634        Maxine Brey v. Merck & Co., Inc.
 CAE  2  08-2635        Lorraine Finelli v. Merck & Co., Inc.
 CAE  2  08-2639        Della Goodell-Dunham, et al. v. Merck & Co., Inc.
 CAE  2  08-2642        Mary Parks v. Merck & Co., Inc.
 CAE  2  08-2643        Darla Pettis v. Merck & Co., Inc.
 CAE  2  08-2644        Earl Tope, et al. v. Merck & Co., Inc.
 CAE  2  08-2649        Eiko Dey v. Merck & Co., Inc.
 CAE  2  08-2650        Wanda Turner, et al. v. Merck & Co., Inc.

**GEORGIA NORTHERN**
 GAN  1  08-3413        Ethel O'Kelly v. Merck & Co., Inc.
 GAN  1  08-3414        Gloria Stamps v. Merck & Co., Inc.

**LOUISIANA WESTERN**
 LAW  5  08-1712        Sue Sullivan v. Merck & Co., Inc.

**UTAH**
 UT   1  08-136         Lou Jeanne Hamilton, et al. v. Merck & Co., Inc.

IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATIONMDL No. 1789

### INVOLVED COUNSEL LIST (CTO-63)

Clifford Lee Carter
CLAYEO C ARNOLD PLC
608 University Avenue
Sacramento, CA 95825

Jeffrey Keith Douglass
MORRIS MANNING & MARTIN LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1044

M. King Hill, III
VENABLE LLP
210 Allegheny Avenue
Towson, MD 21204

Katharine R. Latimer
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
9th Floor
Washington, DC 20005

Nancy A. Mismash
ROBERT J DEBRY & ASSOCIATES
4252 South 700 East
Salt Lake City, UT 84107

Christopher A. Seeger
SEEGER WEISS
One William Street
10th Floor
New York, NY 10004-2502

James Paul Sizemore
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904

Terry O. Tottenham
FULBRIGHT & JAWORSKI LLP
600 Congress Avenue
Suite 2400
Austin, TX 78701-2011

John R. Whaley
NEBLETT BEARD & ARSENAULT
P.O. Box 1190
2220 Bonaventure Court
Alexandria, LA 71309-1190

O. Mark Zamora
LAW OFFICES OF O MARK ZAMORA
P.O. Box 660216
Atlanta, GA 30366